B 250 A   Summons in an Adversary Proceeding
EASTERN DISTRICT OF TEXAS

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

In re   Jean R. Fuselier, Sr.

Bankruptcy Case No.   12-42486

**Debtor**

Cube Solutions, LLC

**Plaintiff**

Vs.

Jean R. Fuselier, Sr.

Adversary Proceeding No.   12-4188

**Defendant**

## SUMMONS IN AN ADVERSARY PROCEEDING   (Jean R. Fuselier, Sr.)

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of the Clerk
> Clerk, U.S. Bankruptcy Court
> 300 Willow, Suite 100, Beaumont, TX  77701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Eric G. Walraven
> 5050 West Lovers Lane
> Dallas, Texas 75209

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



/S/ Jeanne Henderson

Date: 12/06/2012

B 250 A   Summons in an Adversary Proceeding
EASTERN DISTRICT OF TEXAS

## CERTIFICATE OF SERVICE

I,_____ , certify that I am, and at all times during the
         (Name)
service of process was, not less than 18 years of age and not a party to the matter
concerning which service of process was made. I further certify that the service of this
summons and a copy of the complaint was made _____ by:
                                                                                    (Date)

☐     Mail service: Certified or Regular, first class U.S. mail, postage fully pre-paid, addressed to:


☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐     Residence Service: By leaving the process with the following adult at:


☐     Publication: The defendant was served as follows: [Describe briefly]


☐     State Law: The defendant was served pursuant to the laws of the State of
_____ , as follows: [Describe briefly]
 (Name of State)


Under penalty of perjury, I declare that the foregoing is true and correct.


_____          _____
         Date                                              Signature

| Print Name |  |  |
|---|---|---|
| Business Address |  |  |
| City | State | Zip |

2